IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

APRIL SLATE                   PLAINTIFF

     v.       Civil No. 11-2222

MICHAEL J. ASTRUE, Commissioner
Social Security Administration            DEFENDANT

**J U D G M E N T**

  For reasons stated in a memorandum opinion of this date, we conclude that the decision of the Commissioner denying benefits to the Plaintiff is not supported by substantial evidence and should be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

  If Plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

  IT IS SO ORDERED AND ADJUDGED this 31st day of January 2013.

               /s/ *J. Marschewski*
               HON. JAMES R. MARSCHEWSKI
               UNITED STATES MAGISTRATE JUDGE